**FILED**

AUG 14 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

NAME: SHANNON O. MURPHY ESQ. SR.
Firm: dba. Counsel Legal Advisory Division, C-LAD
In Pro Se. applies
ADDRESS: P.O. Box 1756
         Antioch, CA. 94509

ATTORNEY FOR: SHANNON O. MURPHY SR. dba. Sheetmetal & Associates, an INLC., In Pro Se.

Telephone: (831) 292-0231
Facsimile: (925) 267-4255

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY ESQ. SR.,

dba. Sheetmetal & Associates, an INLC.

Plaintiff,

vs.

DOLLAR GENERAL CORPORATION

Defendant

CASE NO: 2:23-CV-1715-KSM-JDP

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Judge:

Dept:

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY SR., AND ACCORDS HE BY HIS JURISDICTION dba. SHEETMETAL & ASSOCIATES, an INLC., ; APPROPRIATE CONCERNS HE BY ALL THIS ABOVE MATTERS, HIS IS APPLIED IN PRO SE.

HERE COURT IS APPLIES FOR CASE DEFENDANT, DOLLAR GENERAL CORPORATION, JURISDICTION, AND TO COORDINATE REPLIES BY AT APPROPRIATE, STATE OF CALIFORNIA.

SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

**JURISDICTION:** **UNLIMITED CIVIL**, and since here case plaintiff asks award exceed $79,000

**VENUE:** Here court is appropriate, and proper since the case defendant, does follow guide-lines, rules accords court, State of California.

DATE: 08/02/2023          SIGN: _____
                                Court Case Plaintiff - In Pro Se.

CASE NAME: MURPHY vs. DOLLAR GENERAL CORP.        CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT - NEGLIGENCE: Defendants, after attorney's jurisdiction, failed proper replies attends, fair claim for injury(s), exclaimed to them, in writting, since there did in fact occur an tort-negligence application by Dollar General, of agent(s), who said, that there was still way to apply for at standard injury claim.

2) BREACH OF CONTRACT: Defendant jurisdiction, did breach relative contract, and by e-mail, applied by Dollar General agent, said paralegal, to allow "standard, about Dollar General store, injury claim administation", as it failed.

3) DISCRIMINATION: Defendants, at applies plaintiff, then, when was theirs claimant, Murphy, detoured fair due-process protocol jurisdiction, where acts of negligence occur, includes loss, since defendant, Dollar General agent(s) arranged disregard a common prescribed, request in writting for regards requests, to apply claim for injury; Aggravating malfunctions, cause plaintiff illness.

4) HARASSMENT: Defendants, Dollar General, agents, did in fact commit acts of continuous, to of negligence apply there, their, 05/25/2023, injury claimant Murphy, who when was invited to a Dollar General's standard type claim for injury admin., he was caused suffer of irritation, occur further, to more pro-business loss; Dollar General agent(s) did obstruct fair appointment, to should occur claim. Dollar General agent, did in fact assign therefore plaintiff Murphy at injury, an direct assembly conform justice, at regards claim form requested, there, their attorney(s), of Manning / Kass, that did fail deadline time, 07/24/2023, primarily agreed, assigned In order possibly resolve to a PCB contamination.

5) ASSAULT: is concerns here relevant case defendants, did reply, they at jurisdiction did act, and to apply unfair delay tactics, in order detour fair due-process regards priority matters to plaintiff Murphy's legal professional business, they continue act covet, at protocol fair due-process regards to reply to settle regards PCB contamination; Especially, coordinate decent remedy PCBs at public, relative claimant's injuries. Defendant had already been notified of Plaintiff's VA diagnosed Bipolar 1 disorder. Plaintiff states here that Manning / Kass agents did intend aggravate plaintiff. Plaintiff suffered panic attacks, upset VA concerned Bipolar 1 disorder, that did compel use doctor's prescribed medication, "Albuterol" regards both detour event., \ @ #4.

6) INJURY: Defendants, Dollar General, did in fact, cause plaintiff relevant to injuries, includes Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", compel medications. Albuterol was in fact compel being use by plaintiff, in order subdue anxiety, stress, for applies just after, and pertains secondary injury occur by skin irritation caused, due the liquid chemical compound, dripping from the Dollar General store's ceiling.

END///

CASE NAME: MURPHY vs. DOLLAR GENERAL CORP.        CASE NO:_____.

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $5,600,000 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction Dollar General agents, theirs unfair, even to hostile actions, applies to the unfair, and unlawful claims process operations performed by Dollar General Corp., time, place respective, that they case defendant, did commit crime, faults to add criminal event.

2) I ask this above mentioned amount, and that to relevant described for, at of $5,600,000, for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death. Plaintiff is in fact a veteran California guardsman, and because of the flagrant disregard public, relative jurisdiction about this injury(s), and by concerns PCBs occur, plaintiff asks this of court.

3) I ask for all, associate laws govern to U.S. Government entity, property, since of there, actions, do in fact concern display a very rude, disrepectful attitude, especially regards veteran member, there, theirs should comply an honorable jurisdiction, but did still, case defendant, fail respect; I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///

3