## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHANNON O. MURPHY SR.,**

CASE NO: **2:23–CV–01715–KJM–JDP**

v.

**DOLLAR GENERAL CORPORATION,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/3/24**

**Keith Holland**
Clerk of Court

ENTERED: **April 3, 2024**

by: /s/ V. Licea Chavez
Deputy Clerk